UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEREMY E. SIGAL et al.,

    Plaintiffs

v.

WENDY REMMERS et al.,

    Defendants

Case No. 2:19-cv-01215-GMN-VCF

ORDER

### I. DISCUSSION

Pro se Plaintiffs Jeremy E. Sigal and Stephanie L. Sibley bring this civil-rights action under 42 U.S.C. § 1983. (ECF No. 1). Plaintiff Sibley is a former prisoner of the Nevada Department of Corrections but is no longer incarcerated. Plaintiff Sibley does not appear to be an inmate. Plaintiffs have paid the $400 filing fee for a civil action. (ECF No. 1-5). In light of Plaintiffs' non-incarceration and payment of the filing fee, the Court is no longer required to screen this case. *See generally* 28 U.S.C. § 1915A (the plaintiff is no longer a prisoner within the meaning of the statute); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"). This case will now proceed onto the normal litigation track.

### II. CONCLUSION

For the foregoing reasons, it is ordered that this case will proceed on the normal litigation track.

It is further ordered that Plaintiffs must perfect service within ninety (90) days from the date of this order pursuant to Fed. R. Civ. P. 4(m).

DATED THIS __18__ day of July 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court